NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENVIRONMENTAL SAFETY CONSULTANTS, INC. AND PETER C. NWOGU,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5081

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-191, Chief Judge Emily C. Hewitt.

---

## ON MOTION

---

## ORDER

The appellants move for reconsideration of the denial of their motion for reinstatement, for a 120-day extension of time, and to substitute Francis O. Kadiri as principal counsel.

On July 15, 2011, the court dismissed this case for no brief and on August 26, 2011, the motion to reinstate was rejected as untimely.

Accordingly,

IT IS ORDERED THAT:

The motions are moot.

FOR THE COURT

**APR 2 7 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Francis O. Kadiri, Esq.
    Peter C. Nwogu
    David F. D'Alessandris, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**APR 2 7 2012**

**JAN HORBALY**
**CLERK**